United States Bankruptcy Court
Middle District of Pennsylvania

In re:     Case No. 23-02524-HWV
Roy Philistine     Chapter 7
Penny J. Philistine
    Debtors

# CERTIFICATE OF NOTICE

District/off: 0314-1    User: AutoDocke    Page 1 of 2
Date Rcvd: Feb 07, 2024    Form ID: 318    Total Noticed: 14

The following symbols are used throughout this certificate:
**Symbol**    **Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^    Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

++++    Addresses marked '++++' were modified by the USPS Locatable Address Conversion System. This system converts rural route numbers to street addresses.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 09, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Roy Philistine, Penny J. Philistine, 543 Maple Street, Waynesboro, PA 17268-2225 |
| 5576476 | + | Aberdeen PG Federal Credit Union, 2324 8th Avenue, Aberdeen, SD 57401-3215 |
| 5576480 | | Boscov's, PO Bos 650965, Dallas, TX 75265-0965 |
| 5576484 | + | Jordan W. Felze, Esquire, PO Box 1068, Jenkintown, PA 19046-7368 |
| 5576486 | + | Members First, PO Box 8893, Camp Hill, PA 17001-8893 |
| 5576487 | ++++ | PROTHONOTARY, FRANKLIN COUNTY, 14 N MAIN ST, CHAMBERSBURG PA 17201-1811 address filed with court:, Prothonotary, Franklin County, 157 Lincoln Way East, Chambersburg, PA 17201 |
| 5576488 | + | Waynesboro Hospital, 501 East Main Street, Waynesboro, PA 17268-2394 |

TOTAL: 7

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 5576477 | | Email/PDF: bncnotices@becket-lee.com | Feb 07 2024 18:51:28 | American Express, PO Box 6031, Carol Stream, IL 60197-6031 |
| 5576478 | + | EDI: BANKAMER2 | Feb 07 2024 23:45:00 | Bank of America, PO Box 17054, Wilmington, DE 19850-7054 |
| 5576479 | | EDI: WFFC2 | Feb 07 2024 23:45:00 | Bob's Furniture, Wells Fargo Bank, PO Box 71118, Charlotte, NC 28272-1118 |
| 5576481 | ^ | MEBN | Feb 07 2024 18:42:37 | Flagstar Bank, PO Box 619063, Dallas, TX 75261-9063 |
| 5576482 | + | EDI: CITICORP | Feb 07 2024 23:45:00 | Home Depot, PO Box 6497, Sioux Falls, SD 57117-6497 |
| 5576483 | | EDI: SYNC | Feb 07 2024 23:45:00 | JC Penny - Synchrony Bank, Bankruptcy Department, PO Box 965061, Orlando, FL 32896-5061 |
| 5576485 | | EDI: SYNC | Feb 07 2024 23:45:00 | Lowe's, c/o Synchrony Bank, PO Box 965004, Orlando, FL 32896-5004 |

TOTAL: 7

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 09, 2024     Signature:     /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 7, 2024 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Amy L. Owen | on behalf of Debtor 2 Penny J. Philistine amy@nicklasandsnyder.com shannon@nicklasandsnyder.com |
| Amy L. Owen | on behalf of Debtor 1 Roy Philistine amy@nicklasandsnyder.com shannon@nicklasandsnyder.com |
| Lawrence V. Young | lyoung@cgalaw.com pa33@ecfcbis.com;tlocondro@cgalaw.com;rminello@cgalaw.com |
| Michael Patrick Farrington | on behalf of Creditor MATRIX FINANCIAL SERVICES CORP. mfarrington@kmllawgroup.com |
| United States Trustee | ustpregion03.ha.ecf@usdoj.gov |

TOTAL: 5

| Information to identify the case: | | |
|---|---|---|
| Debtor 1: Roy Philistine | Social Security number or ITIN: xxx–xx–8868 | EIN: __–_____ |
| Debtor 2 (Spouse, if filing): Penny J. Philistine | Social Security number or ITIN: xxx–xx–9509 | EIN: __–_____ |
| United States Bankruptcy Court: Middle District of Pennsylvania | | |
| Case number: 1:23-bk-02524-HWV | | |

## Order of Discharge

12/15

**IT IS ORDERED:** A discharge under 11 U.S.C. § 727 is granted to:

Roy Philistine                    Penny J. Philistine

2/7/24

**By the court:** *Henry W. Van Eck*

Henry W. Van Eck, Chief Bankruptcy Judge

---

**Explanation of Bankruptcy Discharge in a Chapter 7 Case**

This order does not close or dismiss the case, and it does not determine how much money, if any, the trustee will pay creditors.

**Creditors cannot collect discharged debts**
This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily or from paying reaffirmed debts according to the reaffirmation agreement. 11 U.S.C. § 524(c), (f).

**Most debts are discharged**
Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts owed before the debtors' bankruptcy case was filed.

Also, if this case began under a different chapter of the Bankruptcy Code and was later converted to chapter 7, debts owed before the conversion are discharged.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**For more information, see page 2 >**

Official Form 318                    **Order of Discharge**                    page 1

**Some debts are not discharged**

Examples of debts that are not discharged are:

- debts that are domestic support obligations;

- debts for most student loans;

- debts for most taxes;

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for most fines, penalties, forfeitures, or criminal restitution obligations;

- some debts which the debtors did not properly list;

- debts for certain types of loans owed to pension, profit sharing, stock bonus, or retirement plans; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

Also, debts covered by a valid reaffirmation agreement are not discharged.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

> **This information is only a general summary of the bankruptcy discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

Official Form 318 **Order of Discharge** page 2